**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-6146

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

WARREN SPRUILL, JR., a/k/a Warren Sprull, Jr., a/k/a Little Warren,

Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Joseph F. Anderson, Jr., Senior District Judge.  (3:17-cr-00350-JFA-9)

Submitted:  July 18, 2022                                    Decided:  August 1, 2022

Before GREGORY, Chief Judge, and RUSHING and HEYTENS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Warren Spruill, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Warren Spruill, Jr., appeals the district court's memorandum opinion and order denying his motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A). We have reviewed the record and conclude that the district court did not abuse its discretion in considering Spruill's post-sentencing conduct. *See United States v. Kibble*, 992 F.3d 326, 329 (4th Cir. 2021) (stating standard of review). We affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*